THE PEOPLE, ex rel. ISAAC EVANS, Appellant, *v.* THE BOARD
OF COMMISSIONERS OF THE DEPARTMENT OF PUBLIC PARKS OF
THE CITY OF NEW YORK, Respondent.

THE PEOPLE, ex rel. JOSEPH F. BELTON, Appellant, *v.* SAME,
Respondent.

(Argued June 4, 1883 ; decided June 12, 1883.)

*Nelson J. Waterbury* for appellant.

*D. J. Dean* for respondent.

Agree to affirm on authority of *Phillips* v. *Mayor, etc.* (88 N. Y. 245), and *Langdon* v. *Mayor, etc.* (93 id. 129); no opinion.

All concur.

Judgment affirmed.